NORTH SIDE BANK OF BROOKLYN, Plaintiff, *v.* QUEENS HOME REALTY AND CONSTRUCTION COMPANY et al., Defendants.

ALEXANDER S. BURNS, Respondent; RICKERT-FINLEY REALTY COMPANY, Appellant.

*North Side Bank of Brooklyn* v. *Queens Home R. & C. Co.*, 162 App. Div. 156, affirmed.

(Argued June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1914, which reversed an order of Special Term adjudging that the Rickert-Finley Realty Company had a first lien on certain surplus moneys arising from a sale in foreclosure.

*Paris S. Russell* and *John Ingle, Jr.*, for appellant.

*R. Leslie Smith* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.